IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANCH BANKING AND TRUST
COMPANY,

    Plaintiff,

v.                             CASE NO.: 1:09-cv-237-SPM/AK

RANDALL HUGH SIMMONS,

    Defendant.

_____/

## ORDER TRANSFERRING CASE

Upon consideration of the Plaintiff's "Motion to Correct Venue" (doc. 2), the clerk shall transfer this case to the Pensacola Division of the Northern District of Florida.

SO ORDERED this twenty-second day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge